REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-
MAY 26 2021
At ____________ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No. 1:21-CR-43 |
| | ) | Violations: 21 U.S.C. § 841(a)(1), |
| | ) | 18 U.S.C. § 924(c), and |
| JAMES DARQUAN MCCREARY | ) | 18 U.S.C. § 922(g)(1) |

**THE GRAND JURY CHARGES:**

COUNT 1

On or about March 18, 2020, in the Northern District of Indiana,

JAMES DARQUAN MCCREARY,

defendant herein, did knowingly and intentionally possess with the intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

All in violation of 21 U.S.C. § 841(a)(1).

**THE GRAND JURY CHARGES:**

COUNT 2

On or about March 18, 2020, in the Northern District of Indiana,

JAMES DARQUAN MCCREARY,

defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that being possessing with intent to distribute a controlled substance as charged in Count 1;

All in violation of 18 U.S.C. § 924(c).

**THE GRAND JURY CHARGES:**

COUNT 3

On or about March 18, 2020, in the Northern District of Indiana,

JAMES DARQUAN MCCREARY,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is to say:

> On or about February 5, 2009, James Darquan McCreary was sentenced on his conviction in Grant County, Indiana, in cause number 27D03-0807-FD-527, for Battery, a felony;
>
> On or about September 26, 2011, James Darquan McCreary was sentenced on his conviction in Grant County, Indiana, in cause number 27D02-0904-FA-54, for Robbery, a felony; and

knowingly possessed a firearm, and the firearm was in and affecting commerce;

All in violation of 18 U.S.C. § 922(g)(1).

## PRIOR CONVICTION ALLEGATION

Before James Darquan McCreary committed the offense charged in Count 1, James Darquan McCreary had a final conviction for a serious violent felony, namely, a conviction for Robbery in Grant County, Indiana, cause number 27D02-0904-FA-54, for which he served more than 12 months of imprisonment.

## FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the statutes listed below.

Upon conviction of the controlled substance offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation(s).

Upon conviction of the firearms offense(s) alleged in Counts 2 and 3 of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms and ammunition involved in the commission of the offense(s).

A TRUE BILL

*/s/ Foreperson*
Foreperson

GARY T. BELL
ACTING UNITED STATES ATTORNEY

*/s/ Anthony W. Geller*
By: Anthony W. Geller
Assistant United States Attorney